IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

TYLER METZNER,

               Plaintiff,                                                 ORDER

     v.                                                     26-cv-101-wmc

LT. HILL, et al.,

               Defendant.

_____

Plaintiff Tyler Metzner, a prisoner in the custody of the Wisconsin Department of Corrections, moves this court to use release account funds to pay the $405 filing fee for commencing this action. (Dkt. #6.) This court will grant plaintiff's motion. *See, e.g., Doty v. Doyle*, 182 F.Supp.2d 750, 751 (E.D. Wis. 2002) (noting that "both the Wisconsin Prison Litigation Reform Act and the federal Prison Litigation Reform Act authorize the courts to order that a prisoner's release account be made available [to pay the filing fee]") (cleaned up). If plaintiff does not have sufficient funds in his regular inmate account to make the fee payment, as he describes, then plaintiff should arrange with prison officials to make the payment from his release account. Prison officials will draw funds first from plaintiff's regular account and any portion of the fee payment remaining from plaintiff's release account. *Carter v. Bennett*, 399 F. Supp. 2d 936, 937 (W.D. Wis. 2005).

IT IS ORDERED THAT:

1. Plaintiff Tyler Metzner's motion to use release account funds to pay the $405 filing fee (Dkt. #8) is GRANTED.

1

2.  Plaintiff must pay the $405 fee no later than **April 16, 2026**. If plaintiff fails to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice. If plaintiff submits the payment within 30 days of dismissal, then his case will be reopened, and his complaint will be screened under 28 U.S.C. § 1915(e)(2). The court will not reopen the case after 30 days unless plaintiff shows he is entitled to relief under Fed. R. Civ. P. 60(b).

Entered this 19th day of March, 2026.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge